IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 6:20-cv-00318-ADA |
| | § | JURY DEMANDED |
| TARCO SPECIALTY PRODUCTS, INC. | § § | |
| *Defendant*. | § | |

## NOTICE OF ENTRY OF APPEARANCE

The following counsel hereby submits this Notice of his appearance for Defendant in this case:

Derek Gilliland
**Sorey & Gilliland, LLP**
133 E. Tyler
Longview, Texas 75601
903.230.5600 (Telephone)
903.230.5656 (Facsimile)
derek@soreylaw.com

Mr. Gilliland respectfully requests that copies of all notices, pleadings, and other matters be served upon him electronically and through the Court's CM/ECF filing system.

Respectfully submitted,

/s/ *Derek Gilliland*
Derek Gilliland
Texas State Bar No. 24007239
**Sorey & Gilliland, LLP**
133 E. Tyler
Longview, Texas 75601
903.230.5600 (Telephone)
903.230.5656 (Facsimile)
derek@soreylaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF filing system on this $20^h$ day of September, 2021.

      /s/ *Derek Gilliland*
      Derek Gilliland